# Exhibit B

**Loss Chart**
Losses of Amjad Fraitekh in Immunomedics, Inc. (IMMU)

| Client Name | Amjad Fraitekh | | | LIFO Loss Total | $103,564.54 |
|---|---|---|---|---|---|
| Company Name | Immunomedics, Inc. | **90 Day Lookback Average** | $14.3464 | *Dura* LIFO Total | $103,564.54 |
| Ticker Symbol | IMMU | | | Shares Purchased | 15,822 |
| Class Period Start | 2/8/2018 | | | Shares Retained | 15,822 |
| Class Period End | 1/18/2019 | | | Net Funds Expended | $330,553.28 |

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/13/2018 | 2,206 | $22.6200 | $49,899.7200 | | | | | $0.0000 | 2,206 | 14.3464 | $ 31,648.16 | $18,251.56 | $18,251.56 |
| 9/14/2018 | 2,232 | $22.4000 | $49,996.8000 | | | | | $0.0000 | 2,232 | 14.3464 | $ 32,021.16 | $17,975.64 | $17,975.64 |
| 9/14/2018 | 2,262 | $22.1100 | $50,012.8200 | | | | | $0.0000 | 2,262 | 14.3464 | $ 32,451.56 | $17,561.26 | $17,561.26 |
| 9/14/2018 | 2,272 | $22.0400 | $50,074.8800 | | | | | $0.0000 | 2,272 | 14.3464 | $ 32,595.02 | $17,479.86 | $17,479.86 |
| 9/21/2018 | 2,275 | $21.9900 | $50,027.2500 | | | | | $0.0000 | 2,275 | 14.3464 | $ 32,638.06 | $17,389.19 | $17,389.19 |
| 10/5/2018 | 1,267 | $19.7200 | $24,985.2400 | | | | | $0.0000 | 1,267 | 14.3464 | $ 18,176.89 | $6,808.35 | $6,808.35 |
| 10/24/2018 | 1,167 | $21.9400 | $25,603.9800 | | | | | $0.0000 | 1,167 | 14.3464 | $ 16,742.25 | $8,861.73 | $8,861.73 |
| 12/20/2018 | 2,141 | $13.9900 | $29,952.5900 | | | | | $0.0000 | 2,141 | 14.3464 | $ 30,715.64 | ($763.05) | ($763.05) |
| **TOTAL:** | **15,822** | | **$330,553.28** | | **-** | | | **$0.00** | **15,822** | | **$ 226,988.74** | **$103,564.54** | **$103,564.54** |

\* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
\*\* Disregarding intra-class period gains and losses.