# Exhibit B

## Certification and Authorization of Plaintiff Pursuant to Federal Securities Laws

The individual or entity listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by Bernstein Liebhard LLP, retains Bernstein Liebhard LLP to file an action under the federal securities laws to recover damages and to seek other relief against Immunomedics, Inc. Bernstein Liebhard LLP will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Immunomedics, Inc. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by Bernstein Liebhard LLP.

| | |
|---|---|
| **First Name:** | Franck Alexandre |
| **Middle Name:** | |
| **Last Name:** | Fiebig |
| **If Representing Corporation, Trust, Partnership or other entity, Name of Entity:** | |
| **If Representing an Entity, Position at Entity:** | |
| **Address:** | |
| **City:** | |
| **State:** | REDACTED |
| **Zip:** | |
| **Country:** | |
| **Phone:** | |
| **Email:** | |

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing and/or the filing of a Lead Plaintiff motion on Plaintiff's behalf.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. The following sets forth all of the transactions of the Plaintiff in the securities that are the subject of the complaint during the class period specified in the complaint:

    Acquisitions:

    | Type of Security | Buy Date | # of Shares | Price per Share |
    |---|---|---|---|

| | | | |
|---|---|---|---|
| Common Stock | 2019-01-17 | 6100 | 17.80 |
| Common Stock | 2019-01-14 | 100 | 17.47 |
| Common Stock | 2019-01-14 | 100 | 17.48 |
| Common Stock | 2019-01-14 | 100 | 17.75 |
| Common Stock | 2019-01-14 | 73 | 17.42 |
| Common Stock | 2019-01-14 | 100 | 17.47 |
| Common Stock | 2019-01-14 | 100 | 17.47 |
| Common Stock | 2019-01-14 | 24 | 17.70 |
| Common Stock | 2019-01-14 | 200 | 17.71 |
| Common Stock | 2019-01-14 | 100 | 17.70 |
| Common Stock | 2019-01-14 | 100 | 17.60 |
| Common Stock | 2019-01-14 | 100 | 17.60 |
| Common Stock | 2019-01-14 | 100 | 17.76 |
| Common Stock | 2019-01-14 | 100 | 17.70 |
| Common Stock | 2019-01-14 | 100 | 17.60 |
| Common Stock | 2019-01-14 | 100 | 17.62 |
| Common Stock | 2019-01-14 | 100 | 17.70 |
| Common Stock | 2019-01-14 | 200 | 17.76 |
| Common Stock | 2019-01-14 | 100 | 17.70 |
| Common Stock | 2019-01-14 | 100 | 17.70 |
| Common Stock | 2019-01-14 | 100 | 17.76 |
| Common Stock | 2019-01-14 | 200 | 17.76 |
| Common Stock | 2019-01-14 | 100 | 17.76 |
| Common Stock | 2019-01-14 | 1 | 17.70 |
| Common Stock | 2019-01-14 | 100 | 17.70 |
| Common Stock | 2019-01-14 | 99 | 17.75 |
| Common Stock | 2019-01-14 | 200 | 17.70 |
| Common Stock | 2019-01-14 | 300 | 17.76 |
| Common Stock | 2019-01-14 | 3 | 17.76 |
| Common Stock | 2019-01-14 | 100 | 17.76 |
| Common Stock | 2019-01-07 | 3700 | 15.74 |
| Common Stock | 2018-12-03 | 2500 | 20.60 |
| Common Stock | 2018-12-03 | 2500 | 20.60 |

    Sales:

7. Plaintiff has not sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below.

| | |
|---|---|
| I declare under penalty of perjury, under the laws of the United States of America, that the information entered is accurate: | **YES** |
| By clicking on the "submit" button below, I agree to execute this agreement and retain Bernstein Liebhard LLP to proceed on Plaintiff's behalf on a contingent fee basis consistent with the retainer agreement. | **YES** |

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States of America.

Date of signing: February 22nd, 2019

