CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
LINDSEY H. TAYLOR
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com

Co-Liaison Counsel

[Additional counsel appear on signature page.]

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

| | |
|---|---|
| AHMAD ODEH, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) IMMUNOMEDICS, INC., et al., ) ) Defendants. ) ) | No. 2:18-cv-17645-EP-ESK **(Consolidated)** <br><br> **NOTICE OF MOTION** <br><br> MOTION RETURN DATE: JUNE 15, 2023 |

To: All persons on ECF service list

PLEASE TAKE NOTICE that on June 15, 2023, at 10:00 a.m. EST, or such

other date and time as the Court may set, Lead Plaintiffs Construction Industry and

Laborers Joint Pension Trust and Boris Saljanin, on behalf of the Class, through

counsel, shall move before the Honorable Edward S. Kiel, U.S.M.J. at the Martin

- 1 -

Luther King Federal Building, 50 Walnut Street, Newark, New Jersey 07102, pursuant to the Court's Order Granting Preliminary Approval Pursuant to Fed. R. Civ. 23(e)(1) and Permitting Notice to the Class entered on February 23, 2023 (ECF 276), for the entry of a Final Judgment Approving Class Action Settlement, an order approving the Plan of Allocation, and an order awarding attorneys' fees and expenses and awarding Lead Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4).

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiffs will rely upon: Lead Plaintiffs' Memorandum of Law in Support of Motion for (I) Final Approval of Settlement and Approval of Plan of Allocation; and (II) Attorneys' Fees and Expenses and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); Joint Declaration of Tor Gronborg and Jacob A. Walker in Support of Motion for (I) Final Approval of Settlement and Approval of Plan of Allocation; and (II) Attorneys' Fees and Expenses and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4); Declaration of Luiggy Segura; Declarations of Lead Plaintiffs; Declarations of Lead Plaintiffs' Counsel; Stipulation of Settlement; and all other proceedings herein.

Proposed orders will be submitted with Lead Plaintiffs' reply submission on or before June 27, 2023.

Lead Plaintiffs seek oral argument on this motion.

DATED:  May 11, 2023          Respectfully submitted,

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
LINDSEY H. TAYLOR

_____
               *s/ Lindsey H. Taylor*
          LINDSEY H. TAYLOR

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com

Co-Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG (*pro hac vice*)
ELLEN GUSIKOFF STEWART (*pro hac vice*)
DEBRA J. WYMAN (*pro hac vice*)
TRIG R. SMITH (*pro hac vice*)
JENNIFER N. CARINGAL (*pro hac vice*)
RAPHAELLA FRIEDMAN (*pro hac vice*)
JOSEPH J. TULL (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
elleng@ rgrdlaw.com
debraw@rgrdlaw.com
trigs@rgrdlaw.com
jcaringal@rgrdlaw.com
rfriedman@rgrdlaw.com
jtull@rgrdlaw.com

BLOCK & LEVITON LLP
JEFFREY C. BLOCK (*pro hac vice*)
JACOB A. WALKER (*pro hac vice*)
MICHAEL GAINES (*pro hac vice*)
BRENDAN JARBOE (*pro hac vice*)
MARK BYRNE (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA  02110
Telephone:  617/398-5600
617/507-6020 (fax)
jeff@blockleviton.com
jake@blockleviton.com
micael@blockleviton.com
brendan@blockleviton.com
mark@blockleviton.com

Co-Lead Counsel for Lead Plaintiffs and the
Class

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com

LITE DePALMA GREENBERG LLC
SUSANA CRUZ HODGE
570 Broad Street, Suite 1201
Newark, NJ  07102
Telephone:  973/623-3000
973/623-0858 (fax)
scruzhodge@litedepalma.com

Co-Liaison Counsel